# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Andrew R. Bello

V.

Chase Home Finance

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10-CV-1913-BTM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In an Order filed on January 14, 2011, the Court dismissed Plaintiff's Complaint for failure to state a claim. The Court granted Plaintiff leave to file an amended complaint within 15 days of the filing of the Order. To date, Plaintiff has not filed an amended complaint. Accordingly, the Clerk shall enter judgment dismissing the case without prejudice.

| February 17, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Rocha
(By) Deputy Clerk

ENTERED ON February 17, 2011

10-CV-1913-BTM(WVG)